**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5868 PA (FFMx) | Date | November 20, 2009 |
|---|---|---|---|
| Title | L.A. Printex Industries, Inc. v. T.J. Maxx of Cal., LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE

     Before the Court is the First Amended Complaint filed by plaintiff L.A. Printex Industries, Inc. ("Plaintiff"). The First Amended Complaint alleges claims for copyright infringement of three of Plaintiff's textile designs, titled F-60553, G-70114, and E-50219. The Court notes that Plaintiff has filed dozens of similar actions. Plaintiff is ordered to file a notice no later than November 30, 2009 whether any of the designs at issue in this case have been the subject of any other actions filed in this district, including the title of the case, case number, and the status of the case.

     IT IS SO ORDERED.

                                                                                                                        _____ : _____

                                                                                    Initials of Preparer